IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT SUDOL,<br><br>        Petitioner,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>        Respondent. | Case No. CV 05-311-S-MHW<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order, which REVERSED the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the PETITIONER and the case is REMANDED for further proceedings consistent with the Court's decision.  This is to be considered a sentence "six" remand.

DATED: **September 30, 2006**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - Page 1**

**Judgment - Page 2**